THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Eugene Snyder, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-119
Submitted March 2, 2009  Filed March 5, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: James
 Eugene Snyder appeals his guilty plea and sentences for forgery, possession of
 crack cocaine, and two counts of financial transaction card fraud.  He argues
 his guilty plea failed to comply with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF,
WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.